(117 So. 154)

**Willis MOYE et al. v. STATE.** (3 Div. 850.)

Supreme Court of Alabama. May 24, 1928.

Certiorari to Court of Appeals.

G. O. Dickey, of Evergreen, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. Petition of Willis Moye, Dock Likely, and Sam Moye for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Moye et al. v. State, 117 So. 153.
Writ denied.

ANDERSON, C. J., and SAYRE and BOULDIN, JJ., concur.

---

(117 So. 155)

**Gus WHALEY v. STATE.** (8 Div. 36.)

Supreme Court of Alabama. May 24, 1928.

Certiorari to Court of Appeals.
Almon & Almon, of Decatur, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

BOULDIN, J. Petition of Gus Whaley for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in Whaley v. State, 117 So. 154.
Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(117 So. 159)

**Glen KYSER v. STATE.** (3 Div. 843.)

Supreme Court of Alabama. May 24, 1928.

Certiorari to Court of Appeals.
Charlie C. McCall, Atty. Gen., for petitioner. E. T. Graham, of Montgomery, for the State.

PER CURIAM. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Kyser v. State, 117 So. 157.
Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.